Alfred J. Liebmann, Respondent, v. Arthur A. Meyer, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten

dollars costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.